[No. 10694–5–I. Division One. January 24, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DARYLE KEITH HAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01714–9, Liem E. Tuai, J., entered August 14, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10833–6–I. Division One. January 24, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWIN CARL SMUIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01876–5, Gary M. Little, J., entered October 2, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 9980–9–I. Division One. January 24, 1983.]

GERRY IANUZZI, ET AL, *Appellants,* v. CBM SYSTEMS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 293394, James P. Healy, J., entered January 21, 1981. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Ringold and Scholfield, JJ.